UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-21928-JEM

**OLGA SANCHEZ MARQUEZ**,

      Plaintiff,

vs.

**STAPLES PARENT, INC., a foreign**
**for-profit corporation**,

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

      Plaintiff OLGA SANCHEZ MARQUEZ, pursuant to Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*,

with each party to bear her/its own attorney's fees and costs.

      Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 6355 N.W. 36th Street, Suite 307 |
| Sunrise, FL 33351 | Virginia Gardens, FL 33166 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: Duranandassociates@gmail.com |

By:  *s/ Roderick V. Hannah*         By:  *s/ Pelayo M. Duran*
      RODERICK V. HANNAH             PELAYO M. DURAN
      Fla. Bar No. 435384              Fla. Bar No. 0146595

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 2nd day of June, 2026, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Kevin M. Young, Esq.
SEYFARTH SHAW LLP
1075 Peachtree Street, NE Suite 2500
Atlanta, GA  30309-3958
(404) 885-1500
kyoung@seyfarth.com

*Attorneys for Defendant*
*STAPLES PARENT, INC.*

_____*/s/ Roderick V. Hannah*_____
Roderick V. Hannah, Esq.

2